June 9, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF P.A.C AND K.V.C., CHILDREN

NO. 14-14-00799-CV

_____

This cause, an appeal from the Order Modifying Parent/Child Relationship signed July 23, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Marisa Lawcasey to pay all costs incurred in this appeal.

We further order this decision certified below for observance.